# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00274-CV

---

**In re Sheldon T. Brown**

---

### ORIGINAL PROCEEDING FROM BELL COUNTY

---

## M E M O R A N D U M   O P I N I O N

On April 22, 2025, we received relator's motion for leave to file "the accompanying original petition for writ of mandamus." Attached to the motion were miscellaneous documents related to a criminal matter in Bell County, Texas, but nothing that could be described as a petition for writ of mandamus. By letter dated April 29, 2025, the clerk of this Court notified relator that leave is not required to file a petition for writ of mandamus, and directed relator to file a petition on or before May 29, 2025. That date has passed, and relator has not filed a petition. Accordingly, relator's petition for writ of mandamus is dismissed for want of prosecution.

_____

Gisela D. Triana, Justice

Before Justices Triana, Theofanis and Crump

Filed: June 10, 2025